IN RE:     JASON J. PEREZ
           AKA: JASON PEREZ                          CHAPTER 13

                Debtor(s)

           CHARLES J. DEHART, III
           CHAPTER 13 TRUSTEE
                Movant                               CASE NO:   5-14-03152-JJT

           JASON J. PEREZ
           AKA: JASON PEREZ

                Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on June 16, 2017, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of June 16, 2017, the Debtor(s) is/are $7057.89 in arrears with a plan payment having last been made on Mar 14, 2017.

In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

                                        Respectfully Submitted,
                                        /s/  Liz Joyce
                                        for Charles J. DeHart, III, Trustee
                                        8125 Adams Drive, Suite A
                                        Hummelstown, PA  17036
                                        Phone:  (717) 566-6097

Dated: June 16, 2017

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   JASON J. PEREZ
           AKA: JASON PEREZ

                 Debtor(s)

           CHARLES J. DEHART, III
           CHAPTER 13 TRUSTEE
                 Movant

           JASON J. PEREZ
           AKA: JASON PEREZ

                 Respondent(s)

CHAPTER 13

CASE NO: 5-14-03152-JJT

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on June 16, 2017.


MARK J. CONWAY, ESQUIRE
502 SOUTH BLAKELY STREET
DUNMORE, PA  18512-


JASON J. PEREZ
288 STATE ROUTE 407
NICHOLSON, PA  18446


                               RESPECTFULLY SUBMITTED,

                               <u>/s/ Liz Joyce</u>
                               for Charles J. DeHart, III, Trustee
                               8125 Adams Drive, Suite A
                               Hummelstown, PA  17036
                               Phone:  (717) 566-6097

Dated:  June 16, 2017