```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                           Case No. 14-03152-JJT
Jason J Perez                                                    Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: DDunbar            Page 1 of 1             Date Rcvd: Jun 19, 2017
                              Form ID: pdf010          Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2017.
```
db            +Jason J Perez,    288 State Route 407,    Nicholson, PA 18446-7649
cr            +The Bank Of New York Mellon Et al.,    Stern & Eisenberg,    1581 Main Street,   Suite 200,
                Warrington, PA 18976-3400
4570990        Bank of New York as trustee for CWABS 2004-BC4,    c/o Shellpoint Mortgage Servicing,
                P.O. Box 10826,    Greenville, SC 29603-0826
4523556       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, TX 75001-9013
4515043        Law Offices of Mark J Conway PC,    502 S Blakely Street,    Dunmore, PA  18512-2237
4515044       +PHELAN HALLINAN, LLP,    1617 JFK BLVD., STE. 1400,    ONE PENN CENTER PLAZA,
                PHILADELPHIA, PA 19103-1823
4515042       +Perez Jason J,    288 State Route 407,    Nicholson, PA 18446-7649
4515045        SHELLPOINT MORTGAGE SERVICING,     PO BIX 19006,    GREENVILLE, SC  29602-9006
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4561609        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 19 2017 18:57:22
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4518855        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 19 2017 18:49:43
                Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
4597952        E-mail/PDF: rmscedi@recoverycorp.com Jun 19 2017 18:51:47
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2017 at the address(es) listed below:
          Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
          Joseph Angelo Dessoye    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New
           York et. al. pamb@fedphe.com
          Joseph P Schalk    on behalf of Creditor   Bank of New York As Trustee For The Certificate Holders
           Of CWABS 2004-BC4 pamb@fedphe.com
          Joseph P Schalk    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York
           et. al. pamb@fedphe.com
          Mark J. Conway    on behalf of Debtor Jason J Perez info@mjconwaylaw.com,
           connie@mjconwaylaw.com;mjc@mjconwaylaw.com
          Martin A Mooney    on behalf of Creditor   Harley-Davidson Credit Corp. tshariff@schillerknapp.com,
           ahight@schillerknapp.com
          Recovery Management Systems Corporation    claims@recoverycorp.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William Edward Miller    on behalf of Creditor   The Bank Of New York Mellon Et al.
           wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 10
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**JASON J. PEREZ**
**AKA JASON PEREZ**
    Debtor(s)

**CHARLES J. DEHART, III, ESQUIRE**
**CHAPTER 13 STANDING TRUSTEE**
    Movant(s)
 vs.

**JASON J. PEREZ**
**AKA JASON PEREZ**
    Respondent(s)

Chapter: 13

Case Number: 5:14-bk-03152-JJT

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss case for material default and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: June 19, 2017

By the Court,

_John J. Thomas_
John J. Thomas, Bankruptcy Judge
(RPR)

MDPA-Dismiss Case.WPT - REV 01/15